MS PARTNERSHIP, Appellant, v WAL-MART STORES, INC., et al., Defendants, and BERNIER, CARR & ASSOCIATES, P.C., Respondent. (Appeal No. 7.) [759 NYS2d 416] —Appeal from a judgment of Supreme Court, Jefferson County (Gilbert, J.), entered July 2, 2002, which, inter alia, dismissed the amended complaint against defendant Bernier, Carr & Associates, P.C.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Pigott, Jr., P.J., Hurlbutt, Lawton and Hayes, JJ.